DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARISELA CIUCIO,

Appellant,

v.

U.S. BANK TRUST, N.A., as Trustee for LSF10 Master Participation
Trust; ANTHONY CIUCIO a/k/a ANTHONY O. CIUCIO a/k/a ANTHONY
OSCAR CIUCIO; UNKNOWN SPOUSE OF ANTHONY CIUCIO; UNIFY
AMERICAN SERVICES CORP., as Trustee under that certain Florida land
trust dated November 23, 2012 and numbered M86-1214; UNKNOWN
TENANT #1; UNKNOWN TENANT #2; and ANY AND ALL UNKNOWN
PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE
HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN
TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY
CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES,
OR OTHER CLAIMANTS,

Appellees.

No. 2D22-2311

_____

November 15, 2023

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Melissa M. Polo, Judge.

Marisela Ciucio, pro se.

Zachary Ullman, Matthew Ciccio, and Julia Poletti of Aldridge Pite, LLP,
Delray Beach, for Appellee U.S. Bank Trust, N.A.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.